# FILOSA GRAFF LLP

Ariel Y. Graff
(212) 203-3473
agraff@filosagraff.com

October 13, 2020

**VIA ECF**

The Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Stein v. Greenfeld, et al.*, No. 20-cv-01929 (ARR)(CLP)

Dear Judge Ross:

We represent Defendants in the above-referenced action. We write in connection with Your Honor's Docket Order on October 8, 2020, which noted that Plaintiff emphasized — in its response to Defendants' request for a pre-motion conference (on an anticipated motion to dismiss) — that the parties "wish to exhaust the possibility of alternative dispute resolution before engaging in motion practice" and asserted that the parties "request an immediate referral" to Chief Magistrate Judge Pollak for a settlement conference. As Your Honor further noted, "[t]he parties were not understood to have requested such a referral" at this time.

After further consultations between counsel, however, we now write jointly, on behalf of all parties, to respectfully propose the following course, subject to Your Honor and Magistrate Judge Pollak's approval:

- The requested pre-motion conference and briefing on Defendants' anticipated motion to dismiss shall be stayed or adjourned *sine die*;

- The parties shall make comprehensive Rule 26(a)(1) disclosures – including, without limitation, all information required under Rule 26(a)(1)(B)(ii) and (iii) – by October 30, 2020;

- The parties shall thereafter participate in a settlement conference on a mutually agreeable date and subject to the Court's availability; and

- In the event that settlement efforts are unsuccessful, either party may so-inform the Court and request that the pre-motion conference on Defendants' anticipated motion to dismiss be scheduled to proceed.

/ / /

The Hon. Allyne R. Ross
October 13, 2020
Page 2 of 2

Thank you for Your Honor's consideration.

Respectfully submitted,

Ariel Y. Graff

cc:      All counsel of record